Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−27325−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerri Lipari
   16 Quenby Mountain Rd
   Great Meadows, NJ 07838

Social Security No.:
   xxx−xx−3859

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/30/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 30, 2016
JJW: wir

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27325-MBK
Jerri Lipari                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Nov 30, 2016
                              Form ID: 148           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
db              +Jerri Lipari,    16 Quenby Mountain Rd,    Great Meadows, NJ 07838-2206
516412639       +ACAR Leasing, LTD,    POB 183853,    Arlington, TX 76096-3853
516386026        GMC,    PO Box 183834,    Arlington, TX  76096-3834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2016 23:39:25      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2016 23:39:22      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516386024        EDI: RCSFNBMARIN.COM Nov 30 2016 23:13:00      Credit One Bank,    PO Box 60500,
                  City of Industry, CA  91716-0500
516386025        E-mail/Text: bankruptcy.bnc@ditech.com Nov 30 2016 23:39:09      Ditech,    PO Box 6172,
                  Rapid City, SD  57709-6172
516386027        EDI: CBSKOHLS.COM Nov 30 2016 23:13:00      Kohl's,    PO Box 2983,   Milwaukee, WI  53201-2983
516385390        EDI: RMSC.COM Nov 30 2016 23:13:00      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
516386028        EDI: TFSR.COM Nov 30 2016 23:13:00      Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL  60197-5855
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott M. Wilhelm    on behalf of Debtor Jerri   Lipari BarbR@wwgrlaw.com,
               G27019@notify.cincompass.com
                                                                                              TOTAL: 3